IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHIRLEY RUTH                                                                                       PLAINTIFF

v.                                    Case No. 4:25-cv-4016

FRANK BISIGNANO, Commissioner
Social Security Administration                                                                     DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 17. Judge Comstock recommends reversing the Administrative Law Judge's ("ALJ") decision denying Plaintiff's claim for disability insurance benefits under Title II of the Social Security Act and remanding this case to the Commissioner for further consideration pursuant to Sentence Four of 42 U.S.C. § 405(g). Defendant has not objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 17) in toto. Accordingly, the ALJ's decision is hereby **REVERSED**, and this case is hereby **REMANDED** to the Commissioner for further consideration pursuant to Sentence Four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED**, this 8th day of September, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge