IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SHIRLEY RUTH                                                                                               PLAINTIFF

v.                                          Case No. 4:25-cv-4016

FRANK J. BISIGNANO, Commissioner,
Social Security Administration                                                                    DEFENDANT

## ORDER

Before the Court is a Report and Recommendation ("R&R") issued by the Honorable Christy D. Comstock, United States Magistrate Judge for the Western District of Arkansas. ECF No. 22. Judge Comstock recommends that Plaintiff's Motion for Attorney's Fees pursuant to 28 U.S.C. § 2412 (ECF No. 19) be granted and Plaintiff be awarded attorney's fees in the amount of $6,098.40. No party has objected to the R&R, and the time to do so has passed. *See* 28 U.S.C. § 636(b)(1).

Upon review, finding no clear error on the face of the record and that Judge Comstock's reasoning is sound, the Court adopts the R&R (ECF No. 22) in toto. Accordingly, Plaintiff's Motion for Attorney's Fees (ECF No. 19) is **GRANTED**. The Court hereby awards Plaintiff $6,098.40 in attorney's fees pursuant to 28 U.S.C. § 2412.

**IT IS SO ORDERED**, this 4th day of December, 2025.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge